IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA WALKER,<br>   *Plaintiff,*<br><br>   v.<br><br>HEALTH PARTNERS PLAN, INC.,<br>   *Defendant.* | :<br>:<br>:<br>: CIVIL NO. 23-1089<br>:<br>:<br>: |

## ORDER

**AND NOW**, this **19th** day of **February 2025**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 25), Plaintiff's Response in Opposition (ECF No. 30), and Defendant's Reply in Support of its Motion (ECF No. 35), it is **hereby ORDERED** that for the reasons stated in the accompanying Memorandum, Defendant's Motion (ECF No. 25) is **GRANTED** and judgment is entered in favor of Defendant and against Plaintiff.

The Clerk is directed to **CLOSE** this case.

                    BY THE COURT:

                    /S/Kai N. Scott
                    _____
                    **HON. KAI N. SCOTT**
                    **United States District Court Judge**